# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                        CASE NO.  3:98cr46-03/RV

MICHAEL JOE POTTER

**REFERRAL AND ORDER**

Referred to Judge Vinson on  02/14/2007

Type of Motion/Pleading  MOTION FOR THE TERMINATION OF SUPERVISED RELEASE

Filed by: Defendant Potter   on 2/13/07   Doc. No. 207

( X ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                              on _____ Doc. No. _____
                                              on _____ Doc. No. _____

WILLIAM M. McCOOL, CLERK OF COURT

Deputy Clerk: Val Harmon

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  14th  day of February, 2007, that:

(a)  The requested relief is GRANTED, effective March 1, 2007.

(b)  _____

                                              /s/ *Roger Vinson*
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: _____

Document No.